UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22206-CIV-HURLEY/DUBE

FRANKIE CAO,
    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

**CLOSED CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES [DE# 28, 32]

**THIS CAUSE** is before the court upon the plaintiff's petition for attorney's fees [DE# 28]. This matter was previously referred to United States Magistrate Judge Robert L. Dube pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition. On March 12, 2009, Magistrate Judge Dube filed his Report and Recommendation upon the motion [DE# 31], to which neither party has filed any objection. Plaintiff has since filed motion for entry of final judgment pursuant to the Magistrate Judge's recommendation. [DE# 32]

    Having carefully reviewed the Magistrate Judge's March 12, 2009 Report and Recommendation on plaintiff's motion for fees, the court finds the resolution of the issues as recommended by Magistrate Judge Dube to be sound and accordingly shall adopt the recommended disposition of the motion.

1

Case No.: 07-22206-CIV-HURLEY
Order Adopting Magistrate's Report and Recommendation

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. Magistrate Judge Dube's March 12, 2009 [DE # 31] Report & Recommendation is hereby **ADOPTED** and **INCORPORATED** in full, and the plaintiff's motion for attorney's fees [DE# 28] and entry of final judgment on attorney fees [DE# 32] is **GRANTED**.

2. It is accordingly **ADJUDGED** that plaintiff, **FRANKI CAO** shall recover from the defendant **MICHAEL J. ASTRUE, Commissioner of Social Security**, the sum of $4,167.20 in attorneys' fees and expenses, plus plus $350.00 in filing fees, for a total amount of **$4,517.20.** Pursuant to agreement of counsel, fees in amount of $4167.20 shall be paid directly to plaintiff's attorney, Luis A. Segarra, and $350.00 shall be paid directly to plaintiff.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of May, 2009.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge Robert Dube

all counsel